UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SAIYIDA DANIELS, individually and as Natural Mother and Guardian ad litem for her Minor Son, I.G.,<br><br>Plaintiffs,<br>v.<br><br>SOUTH ORANGE-MAPLEWOOD BOARD OF EDUCATION and NICOLE DUFAULT,<br><br>Defendants. | Civil Action No. 2:17-cv-00850-SDW-LDW |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**

**THIS MATTER** having been brought before the Court by Notice of Motion of Defendant South Orange-Maplewood Board of Education, by and through its attorneys, Pashman Stein Walder Hayden, P.C., for an Order dismissing portions of Plaintiffs' Complaint, and the Court having considered the arguments of counsel, the papers submitted in support of and in opposition to said motion and having further considered all pleadings on this file in this matter; and for good cause shown,

**IT IS** on this _____ day of _____, 2017,

**ORDERED** that Defendant's Motion to Dismiss Portions of Plaintiffs' Complaint is hereby **GRANTED**; and it is further

**ORDERED** that the First, Second and Third Counts of the Complaint are dismissed with prejudice as to the claims asserted by plaintiff Saiyida Daniels individually against the South Orange-Maplewood Board of Education; and it is further

**ORDERED** that the Fourth, Seventh, Eighth, Ninth, and Tenth Counts of the Complaint are dismissed with prejudice in their entirety as to both plaintiffs against the South Orange-Maplewood Board of Education.

_____
HON. SUSAN D. WIGENTON, U.S.D.J.