## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SAIYIDA DANIELS, *et ano.*,<br>Plaintiff,<br><br>v.<br><br>SOUTH ORANGE-MAPLEWOOD BOARD OF EDUCATION,<br>Defendant. | Civil Action No.: 17-850 (JLL)<br><br>**ORDER** |

IT APPEARING THAT:

1. On or about September 16, 2016, Plaintiffs instituted the within action by filing a Complaint in the Superior Court of New Jersey, Essex County, Law Division under Docket No. ESX-L-6360-16. (ECF No. 1-1). Defendants removed the matter on February 8, 2017. (ECF No. 1).

2. On February 24, 2017, Defendant South Orange-Maplewood Board of Education ("South Orange") filed a Motion to Dismiss. (ECF No. 4). In response, Plaintiffs filed an Opposition and Cross-Motion for Leave to File an Amended Complaint. (ECF No. 11). Defendant South Orange has not opposed Plaintiffs' Cross-Motion to Amend.

IT IS THEREFORE on this 15th day of May, 2017

**ORDERED** that Defendant South Orange's Motion to Dismiss is hereby GRANTED; and it is further

**ORDERED** that Plaintiff's Complaint (ECF NO. 1-1) is hereby dismissed without prejudice; and it is further

**ORDERED** that Plaintiffs' Motion for Leave to File an Amended Complaint is hereby GRANTED; and it is further

**ORDERED** that Plaintiffs shall file their First Amended Complaint on or before May 21, 2017; and it is further

**ORDERED** that the Clerk of the Court shall mark this matter closed.

**IT IS SO ORDERED.**

JOSE L. LINARES,
UNITED STATES DISTRICT JUDGE